UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| CHRISTOPHER SHARP, individually and on behalf of all others similarly situated,<br>Plaintiff,<br>v.<br><br>ABC JS AUTO SALES, LLC d/b/a ESSENTIAL FORD OF STUART,<br><br>Defendant. | Case No. |

**NOTICE OF REMOVAL BY DEFENDANT**

Pursuant to 28 U.S.C. §§ 1331, 1441, and 1446 Defendant ABC JS Auto Sales, LC ("Defendant") hereby removes this action from the Circuit Court of the Fifteenth Judicial Circuit in and for Palm Beach County, Florida, Civil Division, the court in which the cause is currently pending, to the United States District Court for the Southern District of Florida. In support thereof, Defendant states as follows:

**A. Plaintiff Filed Suit in the Circuit Court of the Fifteenth Judicial Circuit in and for Palm Beach County, Florida**

1. Defendant exercises its rights under the provisions of 28 U.S.C. §§ 1331, 1441, and 1446 to remove this case from the state Court where this case is pending under the name and style of *Christopher Sharp, individually and on behalf of all others similarly situated vs. ABC JS Auto Sales, LLC d/b/a Essential Ford of Stuart,* Case No. 50-2026-CA-005645.

2. 28 U.S.C. § 1441(a) provides that any civil action brought in state court of which the district courts of the United States have original jurisdiction may be removed by the defendant to the district court of the United States for the district or division embracing the place where such action is pending.

3. Plaintiff Christopher Sharp filed this action on May 19, 2026 in the Circuit Court of the Fifteenth Judicial Circuit in and for Palm Beach County, Florida.

4. As required by 28 U.S.C. § 1446(a), the State Court Complaint (Attachment 1) is included with this Notice, along with the State Court Docket (Attachment 2) and all Other State Court Documents (Attachment 3).

5. No proceedings have occurred in state court as of the date of this Notice of Removal. Defendant has not filed a responsive pleading to the complaint in state court. Defendant hereby reserves any and all rights to assert any and all defenses and/or objections to the complaint.

6. The complaint sets forth two counts for relief pursuant to the Telephone Consumer Protection Act, 47 U.S.C. §§ 227, *et seq*.

7. The complaint also purports to be on behalf of a class of similarly situated persons.

8. As discussed herein, Defendant properly removes this action under 28 U.S.C. § 1331.

## B. Defendant Timely Seeks Removal

9. Defendant was served with the Summons and Complaint on May 22, 2026.

10. This Notice of Removal is filed and served within 30 days of receipt by any defendant of the Summons and Complaint, in accordance with 28 U.S.C. § 1446(b).

## C. This Action Is Properly Removable Pursuant to 28 U.S.C. § 1331

11. The Court has original jurisdiction over this action pursuant to 28 U.S.C. § 1331, as Plaintiff alleges a violation of federal law – specifically, the Telephone Consumer Protection Act, 47 U.S.C. §§ 227, *et seq*.

## D. Venue Is Proper In This Court

12. The United States District Court for the Southern District of Florida is the federal judicial district embracing the Circuit Court of the Fifteenth Judicial Circuit in and for Palm Beach County, Florida, where the suit was originally filed. 28 U.S.C. § 89(b); *see also* 28 U.S.C. § 1441(a). Venue is therefore proper in this District.

**E. Notice**

13. Pursuant to 28 U.S.C. § 1446(d), notice of this Notice of Removal is being provided to Plaintiff and the state court clerk contemporaneously with the filing of this Notice of Removal with this Court.

14. Defendant has not previously applied for the relief sought herein.

WHEREFORE, Defendant respectfully notices the removal of this action now pending against it in the Circuit Court of the Fifteenth Judicial Circuit in and for Palm Beach County, Florida, Case No. 50-2026-CA-005645, to the United States District Court for the Southern District of Florida

Respectfully submitted this 22nd day of June, 2026.

*/s/ Jeffrey J. Wilcox*
Jeffrey J. Wilcox
Florida Bar #71163
jeff.wilcox@hwhlaw.com
regina.bigness@hwhlaw.com
HILL WARD & HENDERSON, P.A.
101 East Kennedy Blvd.
Tampa, Florida 33602
Telephone: (813) 221-3900
Facsimile: (813) 221-2900
***Attorneys for Defendant***